MAE LOUISE BENSON, also known as May Louise Benson, an unmarried woman and a free dealer, v. ALICE E. BENSON.

| 13 So. (2nd) 442 | June Term, 1943 |
|---|---|
| July 2, 1943 | Division B |

*Dunn & Wilson,* for petitioner.

*H. H. Taylor,* for respondent.

PER CURIAM:

Petition for writ of certiorari denied.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.